NUMBER 13-09-00361-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE PBF INVESTMENTS, LIMITED






On Petition for Writ of Mandamus.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, PBF Investments, Limited, filed an amended petition for writ of mandamus
with request for emergency relief in the above cause. The Court granted the emergency
stay and requested and received a response from the real party in interest. 


 The Court, having examined and fully considered the petition for writ of mandamus
and the response thereto, is of the opinion that relator has not shown itself entitled to the

relief sought. Accordingly, the stay previously imposed by this Court is LIFTED and the
petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 




 PER CURIAM



Memorandum Opinion delivered and filed

this 25th day of August, 2009.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).